IN THE UNITED STATES DISTRICT COURT

                          FOR THE DISTRICT OF OREGON


**ROCK DESIGN, INC.,**                              07-CV-1431-AC

         **Plaintiff,**                           ORDER

v.

**LODESTONE CONTSTRUCTION, INC.,**
**and DANIEL J. BAYNE,**

         **Defendants.**


**BRETT J. HALL**
Oswego Law Group, LLC
460 Fifth St., Suite C
Lake Oswego, OR  97034
(520) 697-7277

      Attorneys for Plaintiff

**GEORGE W. MCKALLIP, JR.**
**JEFF D. BRECHT**
Sussman Shank LLP
1000 S.W. Broadway, Suite 1400
Portland, OR  97205
(503) 227-1111

      Attorneys for Defendant


1 - ORDER

**BROWN, Judge.**

Magistrate Judge Donald C. Ashmanskas[1] issued Findings and Recommendation (#16) on January 22, 2008, in which he recommended this Court deny Defendants' Motion to Dismiss(#5) for improper venue. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Ashmanskas's Findings and Recommendation (#16), and accordingly, **DENIES** Defendants' Motion

---

[1] This case was reassigned to Magistrate Judge John V. Acosta on March 5, 2008. The Findings & Recommendation were referred to this Court on April 22, 2008.

2 - ORDER

to Dismiss (#5).

    IT IS SO ORDERED.

    DATED this ___29th___ day of April, 2008.


                      ___/s/ Anna J. Brown_____
                      ANNA J. BROWN
                      United States District Judge

3 - ORDER